UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62251-CIV-DIMITROULEAS

ROBERTO GONZALEZ,

    Plaintiff,

v.

CARINI'S PIZZA, INC.;
JTS MANAGEMENT OF HALLANDALE, INC.

    Defendants.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

On December 13, 2016, this Court entered an Order [DE 17] requiring Plaintiff to move for Clerk's Entry of Default or show cause why this action should not be dismissed for lack of prosecution by January 13, 2017. [DE 17]. The Court cautioned that "[f]ailure to do so will result in immediate dismissal of this action without prejudice." *Id.* The deadline has passed, and Plaintiff has failed to move to Clerk's Entry of Default as to the non-responding Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is hereby **DISMISSED without prejudice** for lack of prosecution. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of January, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record